# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW MEXICO

PERMIAN AUTO GROUP, LLC.

    Plaintiff,

v.                                                                              No. CIV 18-1002 GJF/CG

FIRST CHOICE AUTO MANAGEMENT, LLC.

    Defendant.

## ORDER TO SHOW CAUSE

**THIS MATTER** is before the Court upon review of the record. Plaintiff filed its initial complaint on October 29, 2018. (Doc. 1). On November 9, 2018, a summons was returned executed indicating Defendant's answer was due by November 20, 2018. (Doc. 3). No further action has been taken in this case. Local Rule 41.1 states: "A civil action may be dismissed if, for a period of ninety (90) days, no steps are taken to move the case forward." D.N.M. LR-41.1.

**IT IS THEREFORE ORDERED** that, on or before **February 7, 2019**, Plaintiff shall file a notice with the Court stating why this case should not be dismissed without prejudice for failure to prosecute.

                                                                              THE HONORABLE CARMEN E. GARZA
                                                                              CHIEF UNITED STATES MAGISTRATE JUDGE