# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW MEXICO

PERMIAN AUTO GROUP, LLC.

    Plaintiff,

v.                                                                         No. CIV 18-1002 GJF/CG

FIRST CHOICE AUTO MANAGEMENT, LLC.

    Defendant.

## ORDER QUASHING ORDER TO SHOW CAUSE

**THIS MATTER** is before the Court on its *Order to Show Cause*, (Doc. 4), filed January 31, 2019; Plaintiff's *Response to Order to Show Cause*, (Doc. 5), filed February 7, 2019; and Plaintiff's *Praecipe seeking Clerk's Entry of Default*, (Doc. 6), filed February 8, 2019.

The Court ordered Plaintiff to show cause why this case should not be dismissed pursuant to Local Rule 41.1. (Doc. 4). Plaintiff notified the Court of its on-going negotiations with Defendant and promptly filed a request for the Clerk of Court to enter a default judgment against Defendant. (Doc. 5); (Doc. 6).

**IT IS THEREFORE ORDERED** that the Court's *Order to Show Cause*, (Doc. 4), is **QUASHED**.

_____
THE HONORABLE CARMEN E. GARZA
CHIEF UNITED STATES MAGISTRATE JUDGE