# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW MEXICO

PERMIAN AUTO GROUP, LLC.

    Plaintiff,

v.                                                        No. CIV 18-1002 RB/CG

FIRST CHOICE AUTO MANAGEMENT, LLC.

    Defendant.

## ORDER QUASHING ORDER TO SHOW CAUSE

**THIS MATTER** is before the Court on its *Order to Show Cause*, (Doc. 12), filed May 13, 2019 and Plaintiff's *Motion to Dismiss Without Prejudice*, (Doc. 13), filed May 20, 2019. The Court ordered Plaintiff to show cause why this case should not be dismissed pursuant to Local Rule 41.1. (Doc. 12). Plaintiff has timely filed a Motion to Dismiss this case without prejudice. **IT IS THEREFORE ORDERED** that the Court's *Order to Show Cause*, (Doc. 12), is **QUASHED**.

                                                        _____
                                                        THE HONORABLE CARMEN E. GARZA
                                                        CHIEF UNITED STATES MAGISTRATE JUDGE